United States District Court

For the Northern District of California

1

2                     IN THE UNITED STATES DISTRICT COURT

3                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

6

7   DAVID C. GANNON,                              No. C 05-2299 SBA

8              Plaintiff,
                                                  **ORDER**
9        v.

10  JOHN E. POTTER, et al.,

11             Defendants.
    _____

12

13       Pursuant to the Court's September 22, 2005 Order denying Defendants' Motion to Dismiss as

14  moot [Docket No. 16],

15       IT IS HEREBY ORDERED THAT the Case Management Conference originally scheduled for

16  October 6, 2005 at 2:30 p.m. is VACATED.  The parties shall appear for a <u>telephonic</u> Case Management

17  Conference on **<u>Wednesday, December 7, 2005 at 3:15 p.m.</u>**  The parties shall **meet and confer** prior

18  to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no

19  later than ten (10) days prior to the Case Management Conference.  Counsel for Plaintiff shall be

20  responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the

21  line and shall call (510) 637-3559 at the above indicated date and time.

22       IT IS SO ORDERED.

23

24

25  Dated: September 26, 2005        _____
                                     Saundra Brown Armstrong
26                                   United States District Judge

27

28