IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID C. GANNON,  No. C 05-2299 SBA

    Plaintiff.

**ORDER**

  v.

JOHN E. POTTER, POSTMASTER GENERAL,
U.S. POSTAL SERVICE,

    Defendant.
_____

    IT IS HEREBY ORDERED THAT at the December 13, 2005 hearing on Defendant's Motion to Dismiss, Plaintiff shall be prepared to provide the Court with the following information: (1) the date of each complaint Plaintiff filed with the EEOC between 1995 and the present; and (2) the full chronology of events pertaining to the administrative proceedings that took place subsequent to the filing of each EEOC complaint. Plaintiff shall also be prepared to provide the Court with a copy of each EEOC complaint he filed during the relevant time period.

    IT IS FURTHER ORDERED THAT Defendant shall also produce for the Court at the December 13, 2005 hearing a copy of the EEOC complaint that Plaintiff purportedly filed in August 1996, which Defendant refers to in his Reply Brief at 2:12-23.

    IT IS SO ORDERED.

Dated: 12/7/05

SAUNDRA BROWN ARMSTRONG
United States District Judge