MARY DRYOVAGE (CA SBN 112551)
Law Offices of Mary Dryovage

600 Harrison Street, Suite 120,
San Francisco, CA 94107
Telephone: 415 593-0095
Fax. 415 593-0096
Email: mdryovage@igc.org

Attorneys for Plaintiff


KEVIN V. RYAN (CA SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

450 Golden Gate Avenue, 10th Floor
San Francisco, CA 94102
Telephone: 415 436-7241
Fax: 415 436-6748
Email: owen.martikan@usdoj.gov

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID C. GANNON ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN E. POTTER, Postmaster General, ) <br> U.S. Postal Service ) <br> ) <br> Defendant. ) <br> ) | No. C 05-2299 SBA(BZ) <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR EXPERT DISCLOSURE, FACT DISCOVERY AND EXPERT DISCOVERY CUT OFF** <br><br> **Hearing on MSJ: October 24, 2006, 1:00 p.m.** <br> **Pretrial Conf. November 28, 2006, 1:00 p.m.** <br> **Trial: December 4, 2006** |

IT IS STIPULATED BY AND THROUGH THE PARTIES, subject to the approval of the court, that the fact discovery cutoff date and the disclosure of expert reports, which are currently due on June 30, 2006 is extended to July 31, 2006 and the expert discovery cutoff date which is

Stipulation & [Proposed] Order re: Expert Disclosure, Fact  & Expert Discovery Cutoff
*Gannon v. Potter*, Case No. C 05-2299 SBA (BZ)                                                                  1

1 | currently set for July 31, 2006, is extended to August 31, 2006. This is the first request for
2 | extension of time filed by the parties and the extensions will not affect the trial date or hearing on
3 | the cross- motions for summary judgment.

Respectfully submitted,

| LAW OFFICES OF | KEVIN V. RYAN |
| MARY DRYOVAGE | United States Attorney |

Dated:_____   /s/                         /s/
                    MARY DRYOVAGE          OWEN P. MARTIKAN
                    Attorney for Plaintiff  Assistant United States Attorney
                                            Attorneys for the Defendant

IT IS SO ORDERED.

Dated: 7/5/06

_____
HON. SAUNDRA B. ARMSTRONG
United States District Judge

Stipulation & [Proposed] Order re: Expert Disclosure, Fact & Expert Discovery Cutoff
*Gannon v. Potter*, Case No. C 05-2299 SBA (BZ)                                    2