UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. GANNON,            )<br>                             )<br>          Plaintiffs,      )<br>                             )<br>     v.                      )<br>                             )<br>JOHN E. POTTER, POSTMASTER   )<br>GENERAL, U.S. POSTAL         )<br>SERVICE,                     )<br>                             )<br>          Defendants.        )<br>_____) | No. C05-2299 SBA (BZ)<br><br>**ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE** |

Pursuant to Judge Armstrong's order dated January 18, 2006, **IT IS ORDERED** that a further settlement conference is scheduled for **Thursday, November 2, 2006 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Each party shall file a supplemental settlement conference statement updating any changes in its settlement posture since the last settlement conference by no later than **October 26, 2006.**

Dated: August 7, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.06\GANNON.FURTHER.SC.wpd

1