UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. GANNON,<br><br>       Plaintiffs,<br><br>  v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL, U.S. POSTAL SERVICE,<br><br>       Defendants. | No. C05-2299 SBA (BZ)<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE** |

    Before the court is defendant's motion to continue the settlement conference, which plaintiff opposes. The conference in question is the mandatory settlement conference which Judge Armstrong ordered to occur after the hearing on the summary judgment motion. Accordingly, **IT IS HEREBY ORDERED** that defendant's motion is **GRANTED** and that the settlement conference is continued to **November 17, 2006 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. By **November 15, 2006** each party shall file a supplemental statement updating the current status of the lawsuit and the

1

progress of their negotiations since the last conference.

Dated: October 31, 2006

                                          _____
                                          Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-REFS\REFS.06\GANNON.FURTHER.SC.wpd