UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 26 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID C. GANNON,<br><br>          Plaintiff - Appellant,<br><br>   V.<br><br>JOHN E. POTTER, U.S. Postal Service,<br><br>          Defendant - Appellee. | No.   07-15160<br>D.C. No.  CV-05-02299-SBA<br>Northern District of California,<br>Oakland<br><br>**MANDATE** |

The judgment of this Court, entered 11/4/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Gabriela Van Allen
Deputy Clerk